FILED
BILLINGS, MT

2006 FEB 10 PM 12 05

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Cause No. CR-02-49-BLG-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **CLIFFORD G. BIRDINGROUND,** | ) | |
| | ) | |
| Defendant. | ) | |

In the January 30, 2006 Order Denying Defendant's Motion for Stay of Sentence Pending Appeal, this Court cited a footnote in the Ninth Circuit opinion *United States v. Guerrero-Velasquez,* stating "on appellate review, a sentence within the guideline is presumptively reasonable." 2006 WL 133494, 1 n.1 (January 19, 2006). Since the entry of the January 30, 2006 Order, the Ninth Circuit has withdrawn that footnote in an amended opinion. *United States v. Guerrero-Velasquez,* 2006 WL 278911, 1 (February 7, 2006).

Accordingly, **IT IS HEREBY ORDERED** that this Court's Order Denying Defendant's Motion for Stay of Sentence Pending Appeal is also amended. The Order, filed January 30, 2006 is amended by the deletion of the following sentence on page 2: "Moreover, the Ninth Circuit Court of Appeals has recently held in *US v. Guerrero-Velasquez,* in pertinent part: "We also note

1

that, on appellate review, a sentence suggested by the guidelines is presumptively reasonable."

(9th Circuit Decision 05-30066, 2006 WL 133494)."

DATED this 10th day of February, 2006.

RICHARD F. CEBULL
U.S. DISTRICT JUDGE

CERTIFICATE OF MAILING
DATE: 2/10/06
BY: _____
I hereby certify that a copy of this Order was mailed to:
Carl Rostad
Paul Matt
Penelope Strong
USM
Probation