LODGED
FEB 2 2 2006
PATRICK E. DUFFY CLERK
BY_____
Deputy Clerk

FILED
BILLINGS, MT
2006 FEB 23 PM 2 27
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>**CLIFFORD BIRD IN GROUND**<br><br>Defendant. | CR 02-49-BLG-RFC<br><br><br><br><br>**ORDER FOR<br>SELF SURRENDER** |

The Defendant having filed with the Court a Motion for Self Surrender, and the

United States having no objection, and further, the Court finds that the Defendant is not a

1

flight risk and that allowing him to surrender himself to the designated Bureau of Prisons Facility is appropriate in this case ;

IT IS HEREBY ORDERED THAT the Defendant is hereby allowed to self surrender at the designated prison facility for the purpose of serving the sentence imposed in this matter, and that the Defendant shall fully cooperate with the United States Marshall's Office in Billings, Montana regarding the designation of the appropriate prison facility.

Further, the portion of the previous order of the Court dated January 30, 2006 directing the Defendant to surrender to the United States Marshall's Office in Billings, Montana is hereby withdrawn.

Dated this 23rd Day of February, 2006.

RICHARD F. CEBULL
U.S. DISTRICT JUDGE

CERTIFICATE OF MAILING
DATE: 2/23/06 BY: tcl
I hereby certify that a copy
of this order was mailed to:

Penelope Strong
Paul Matt
AUSA
USMS
US Prob.

2