FILED
BILLINGS DIV.

2006 OCT 26 AM 11 50

CATHY E. DUFFY, CLERK

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CLIFFORD G. BIRDINGROUND,<br><br>Defendant - Appellant. | No. 05-30430<br>D.C. No. CR-02-00049-RFC<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Montana (Billings).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Montana (Billings) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 09/29/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
OCT 23 2006
by: _____
Deputy Clerk

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 29 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. CLIFFORD G. BIRDINGROUND, Defendant - Appellant. | No. 05-30430<br><br>D.C. No. CR-02-00049-RFC<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, District Judge, Presiding

Argued and Submitted August 16, 2006**
Seattle, Washington

Before: PREGERSON, NOONAN, and CALLAHAN, Circuit Judges.

The district court did not solicit the views of counsel before deciding whether to re-sentence Appellant Clifford G. BirdinGround under *United States v. Ameline*, 409 F.3d 1073, 1085 (9th Cir. 2005). This mistake requires us to re-

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

remand the case for compliance with *Ameline*. *See United States v. Montgomery*,

--- F.3d ----, 2006 WL 2473448, at *5 (9th Cir. Aug. 29, 2006).

REMANDED.

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 2 3 2006

by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
05-30430 USA v. Birdinground

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Carl E. Rostad, Esq.<br>FAX 406/453-9973<br>406/761-7715<br>5th Fl.<br>[COR LD NTC aus]<br>USGF - OFFICE OF THE U.S.<br>ATTORNEY<br>P.O. Box 3447<br>119 First Ave., N<br>Great Falls, MT 59401-3447 |
| v. | |
| CLIFFORD G. BIRDINGROUND<br>    Defendant - Appellant | Paul G. Matt<br>406/248-8844<br>[COR LD NTC ret]<br>MATT LAW OFFICE<br>P.O. Box 5<br>Billings, MT 59101<br><br>Penelope S. Strong, Esq.<br>FAX 406/259-1609<br>406/259-3367<br>[COR LD NTC ret]<br>STRONG LAW OFFICE<br>115 Clark Ave.<br>Billings, MT 54101 |