Penelope S. Strong
Attorney at Law
115 Clark Ave.
Billings, MT. 59101
Tel: (406) 259-3367
Fax: (406) 259-1609

Paul G. Matt
Matt Law Office
P.O. Box 5
Billings, MT. 59101
Tel: (406) 248-8844
Attorneys for Defendant

FILED
BILLINGS DIV.

2005 DEC 13 PM 3 48

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

Receipt No 41607

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR 02-49-BLG-RFC |
| Plaintiff, | ) |
| | ) NOTICE OF APPEAL |
| vs. | ) |
| | ) |
| CLIFFORD BIRD IN GROUND, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEAL - 1

COMES NOW, Defendant, Clifford Bird In Ground, by and through his attorney, Penelope S. Strong, and pursuant to Federal Rule of Appellate Procedure 4 (b), does hereby provide notice of his intent to appeal from the Order of the Court denying a re-sentencing hearing entered in this matter on December 1, 2006, by the Honorable Richard F. Cebull.

Dated this 13th day of December, 2006.

_____
Penelope S. Strong

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by U.S. Mail upon all counsel of record on this 13th day of December, 2006:

Carl Rostad
Assistant U. S. Attorney
PO Box 1478
Billings, MT 59103

_____
Penelope S. Strong