

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

FILED
2006 DEC 11 19
PATRICK E. DUFFY, CLERK
_____
DEPUTY CLERK

FILED
BILLINGS, MT
2006 DEC 15 PM 1 53
PATRICK E. DUFFY, CLERK
BY #221 td
_____
DEPUTY CLERK

**CASE INFORMATION:**
Short Case Title: **USA v. CLLIFFORD G. BIRDINGROUND**
Court of Appeals No. _____
U.S. District Court, Division & Judge Name: US District Court for the District of Montana, Billings Division
Honorable Richard F. Cebull
Criminal and/or Civil Case No.: **CR-02-49-BLG-RFC**
Date Complaint/Indictment/Petition Filed: April 19, 2002
Date Appealed order/judgment ENTERED: December 1, 2006
Date Notice of Appeal FILED: December 13, 2006
Date(s) of Indictment: April 19, 2002      Plea Hearing: October 4, 2002      Sentencing: September 11, 2003

06-30658

COA Status (Check)    ☐ Granted in Full (attch order)    ☐ Denied in Full (Send record)
                     ☐ Granted in Part (attch order)    ☐ Pending

Court Reporter(s) Name & Phone Number: JoAnn Bacheller - 406-247-4477

**MAGISTRATE JUDGE'S ORDER? IF SO, PLEASE ATTACH.**
**Fee Information**
Date Docket Fee Paid: 12/13/06          Date Docket Fee Billed
Date FP Granted                          Date FP Denied
Is FP pending? ☐ Yes ☐ No                Was FP Limited ☐? Revoked ☐?
US Government Appeal? ☐Yes ☒No
Companion Cases? Please list:

**Please attach copy of any order Granting, Denying or Revoking FP**
**Counsel Information**
Appellate Counsel: Penelope S. Strong           Appellee Counsel: Carl Rostad
Paul G. Matt

Retained    ☐CJA  ☐FPD  ☐PRO SE  ☐Other     Please Attach appointment Order

**Defendant Information**
Prisoner ID                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid                    9th Circuit Docket Number

Name & Phone Number of Person Completing this Form:  Terri Devitt - 406-247-4473

*Please return w/ C/A #* _____