UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
BILLINGS DIV.

2008 FEB 20 AM 10 53

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | No. 06-30658 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00049-RFC |
| v. | |
| CLIFFORD G. BIRDINGROUND, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Montana (Billings).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Montana (Billings) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 01/24/08



FILED

JAN 24 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-30658 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00049-RFC |
| v. | |
| CLIFFORD G. BIRDINGROUND, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, District Judge, Presiding

Submitted January 14, 2008**

Before:  HALL, O'SCANNLAIN and PAEZ, Circuit Judges.

Clifford G. Birdinground appeals from the district court's decision,

following limited remands under *United States v. Ameline*, 409 F.3d 1073, 1084-

85 (9th Cir. 2005) (en banc), and *United States v. Montgomery*, 462 F.3d 1067,

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

INTERNAL USE ONLY: Proceedings include all events.
06-30658 USA v. Birdinground

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Carl E. Rostad, Esq.<br>FAX 406/453-9973<br>406/761-7715<br>5th Fl.<br>[COR LD NTC aus]<br>USGF - OFFICE OF THE U.S.<br>ATTORNEY<br>P.O. Box 3447<br>119 First Ave., N<br>Great Falls, MT 59401-3447 |
| v. | |
| CLIFFORD G. BIRDINGROUND<br>    Defendant - Appellant | Paul G. Matt<br>406/248-8844<br>[COR LD NTC ret]<br>MATT LAW OFFICE<br>P.O. Box 5<br>Billings, MT 59101<br><br>Penelope S. Strong, Esq.<br>FAX 406/259-1609<br>406/259-3367<br>[COR LD NTC ret]<br>STRONG LAW OFFICE<br>115 Clark Ave.<br>Billings, MT 54101 |