LODGED
12A(7/04)
JUN 28 2011
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

FILED
BILLINGS DIV.
11 JUN 29 PM 2 25
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MONTANA

## REQUEST FOR EARLY TERMINATION OF SUPERVISION

| NAME OF OFFENDER: | Clifford Birdinground |
|---|---|
| CASE NUMBER: | CR 02-49-BLG-RFC-01 |
| NAME OF SENTENCING JUDICIAL OFFICER: | Chief U.S. District Judge Richard F. Cebull |
| DATE OF ORIGINAL SENTENCE: | September 11, 2003 |
| ORIGINAL OFFENSE: | Bribery |
| ORIGINAL SENTENCE: | 37 months Custody/3 years Supervision |
| TYPE OF SUPERVISION: | Supervised Release |
| DATE SUPERVISION COMMENCED: | December 1, 2008 |
| ASSISTANT U. S. ATTORNEY: | Name: Carl Rostad |
| DEFENSE COUNSEL: | Name: Penny Strong |

## ADJUSTMENT OF SUPERVISION SUMMARY
## REQUEST FOR EARLY TERMINATION OF SUPERVISION

The Offender, Clifford Birdinground, discharged from custody and entered the Residential Re-entry Center on June 5, 2008. He remained in Alternatives, Inc., until his release to supervision on November 30, 2008. Clifford had no violations while in the halfway house.

Upon release, Birdinground returned to Lodge Grass, Montana, where he resumed residence with his wife and grandchildren.

Since the beginning of supervision, there have been no committed violations. Everything that was asked of Clifford he would perform. He submitted timely monthly reports and checked in weekly. Birdinground was diligent about paying his restitution and never missed a months payment. The past two years, the offender was in the IRS Offset Program. Here the government attached any tax return and applied the amount toward restitution. The original total was $11,101.12. As of this date, June 22, 2011, Mr. Birdinground has paid restitution in full.

This probation officer respectfully recommends an early termination of this offender's supervised release. Restitution is paid in full and he has had no violations during supervision. Both are excellent reasons for terminating him from supervision at this time.

Report on Offender Under Supervision
Request for Early Termination
Name of Offender: Clifford Birdinground
Page 2

Carl Rostad, the Assistant United States Attorney, has no objections to the defendant being early terminated from supervision.

Therefore, the U.S. Probation Office respectfully requests that the defendant be discharged from supervision. Thank you for your consideration in this matter.

Approved by:

/s/ Stephen F. Willis  6-28-11  by

Stephen F. Willis            Date
Supervising U.S. Probation Officer

Respectfully submitted,

/s/ Carlos R. Jones

Carlos R. Jones
U. S. Probation Officer
Date: June 28, 2011

## Order of Court

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and the proceedings in the case be terminated.

Dated this 29th day of June, 2011

Chief United States District Judge

Comments: Excellent work